UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| OXANA POTOTSKI and K.A.P., an infant under the age of eighteen (18) years by her mother and natural guardian, OXANA POTOTSKI and OXANA POTOTSKI, individually<br><br>Petitioner,<br><br>-against-<br><br>I-TOW TOWING INC. and WILMON CHISLOM,<br><br>Respondent. | **STATEMENT PURSUANT TO RULE 7.1**<br><br>**Jury trial demanded**<br>**ECF case**<br><br>**Docket No.: 25-6741** |

------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Local Rules of the United States District Court, Eastern District of New York and to enable judges and magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for respondent, I-TOW TOWING INC., private non-governmental parties, certify that the following are parent corporations or are publicly held corporations that own ten percent of its stock:

None.

Dated: Uniondale, New York
December 4, 2025

By:  /s/ *Nishana Weerasooriya*

NISHANA M. WEERASOORIYA, ESQ.
CULLEN AND DYKMAN
Attorneys for Respondents
I-TOW TOWING INC. and WILMON CHISLOM,
333 Earle Ovington Blvd, 2nd Floor
Uniondale, New York 11553
(516) 357-3725
File No: 23061-53 NW

To:

**LAW OFFICE OF YURIY PRAKHIN, P. C.**
Attorneys for Plaintiffs
1883 86th Street, 2nd Floor
Brooklyn, New York 11214
718-946-5099